# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW CORTEZ,<br><br>                Plaintiff,<br><br>vs.<br><br>ACTION PROFESSIONALS, INC.,<br><br>                Defendant. | Case No.: 2:17-CV-01161-MCE-EFB<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)**<br><br>HON. MORISSON C. ENGLAND |

Having considered the parties' stipulation for dismissal of the above-captioned action, IT IS HEREBY ORDERED that this action is dismissed pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice. Each party shall bear their own attorneys' fees and costs, and the Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -
ORDER RE: DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)